■ ERICH P. BURROUGHS, Respondent, v. EAST HUDSON PARKWAY AUTHORITY, Appellant.— In a negligence action to recover damages for personal injuries, defendant appeals from an order of the Supreme Court, Westchester County, dated November 4, 1970, which granted plaintiff's motion to increase the *ad damnum* of the complaint from $1,650,000 to $4,000,000.

Order reversed and motion denied, without costs. In our opinion, the amount demanded in the *ad damnum* clause is adequate (*Hines* v. *City of Pough-keepsie*, 36 A D 2d 830). Hopkins, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.